IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**NEW YORK LIFE INSURANCE COMPANY**         **INTERPLEADER PLAINTIFF**

VS.                                         CIVIL ACTION NO. 3:05cv216 HTW-JCS

**DANNY GLENN HOLMES and**
**ERIN KELLER BARBEE, Individually and**
**AS ADMINISTRATRIX OF THE ESTATE**
**OF MATTHEW RENÉ BARBEE**                  **INTERPLEADER DEFENDANTS**

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came before the Court upon the joint, agreed motion of all parties for a full and final judgment of dismissal, with prejudice, of all claims herein. The parties have informed the Court that they have settled all disputes among them. Having considered the premises, the Court finds that this case should be dismissed. It is therefore ORDERED AND ADJUDGED that all claims in this case, including the claims set forth in the initial complaint and any and all counterclaims and cross-claims, are DISMISSED WITH PREJUDICE. All parties are to bear their own costs and expenses.

This the ___17___ day of ___April___, 2006.

_____
United States Magistrate Judge

AGREED:

___s/William F. Ray___
Attorney for plaintiff New York Life

1

___s/Patrick McAllister___
Attorney for Erin Barbee and the
Estate of Matthew Rene' Barbee


___s/Mark Pearson___
Attorney for Danny Glenn Holmes